OPINION — AG -** MUNICIPALITY LICENSE — INSURANCE ** 11 O.S. 22-106 [11-22-106] DOES 'NOT' PROVIDE FOR THE MUNICIPAL REGULATION OF INSURANCE AGENTS ** (CITIES, TOWNS, REVENUE AND TAXATION, OKLAHOMA INSURANCE CODE, REGULATIONS, LEVY TAX — USE AND BENEFIT OF MUNICIPALITY, FEES ON INSURANCE AGENTS) CITE: 36 O.S. 348.1 [36-348.1], 36 O.S. 1425 [36-1425] [36-1425] (MICHAEL F. FOUTS)